**Order entered September 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00973-CV

### STATE FAIR OF TEXAS, Appellant

### V.

### RIGGS & RAY, P.C., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-04484**

## ORDER

We **GRANT** appellant's September 22, 2015 unopposed motion to consolidate appeals and **ORDER** appellate cause number 05-15-01071-CV consolidated into this cause number. We **DIRECT** the Clerk of the Court to remove all documents from appellate cause number 05-15-01071-CV and refile them in this cause number. For administrative purposes, appellate cause number 05-15-01071-CV is treated as a closed case. The parties, Dallas County District Clerk Felicia Pitre, and court reporter Sasha Brooks shall now use only this cause number.

As per the September 15, 2015 postcard notice, the appellate record remains due October 15, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre, Ms. Brooks, and counsel for the parties.

/s/     CRAIG STODDART
           JUSTICE